IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:98CR95-1 |
| | ) | |
| WILLIAM ABEL YATES | ) | |

## ORDER ON REQUEST TO MODIFY CONDITIONS OF RELEASE

This matter is before the Court upon request of the Supervising United States Probation Officer to modify the conditions or term of supervision of the Defendant. Doc. 193. The Court has reviewed the petition and finds the following:

( )     No Action

( )     The Extension of Supervision as Noted in the Petition

(x)     The Modification of Conditions as Noted in the Petition is appropriate, the defendant has consented, and the defendant shall comply.

( )     Other:

**IT IS SO ORDERED**.

This the 31st day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE