PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   WILLIAM ABEL YATES                Case Number:   1:98CR95-1

Name of Sentencing Judicial Officer:   The Honorable Frank W. Bullock, Jr.

Date of Original Sentence:   August 24, 1998

Original Offense:   Possess with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1).

Original Sentence:   Mr. Yates was sentenced to a Life term of imprisonment followed by 10 years of supervised release.

November 7, 2016: Notification received from the U.S. Department of Justice that on October 26, 2016, the President commuted the total sentence of imprisonment to a term of 300 months followed by 10 years of supervised release.

January 31, 2019: Order for Modification for Drug Testing and treatment was filed.

Type of Supervision:   Supervised Release        Date Supervision Commenced: January 16, 2019
                                                 Date Supervision Expires: January 15, 2029

Assistant U.S. Attorney: David P. Folmar, Jr.            Defense Attorney: William S. Trivette

### PETITIONING THE COURT

[X]   To issue a warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

[ ]   To issue a summons

The probation officer believes that Mr. Yates has violated the following condition(s) of supervision:

**Violation 1 - The defendant shall not commit another federal, state or local crime.**

On July 22, 2020, the Durham Police Department in Durham, NC issued warrants for Mr. Yates' arrest for Felony Manufacture/Sell/Deliver/Possess Controlled Substance within 1000 Feet of a School (20CR 53985), Felony Conspiracy Sell/Deliver Schedule II 2 Counts, Felony Manufacture/Sell/Deliver/Possess Controlled Substance within 1000 Feet of a School (20CR 53986), Felony Sell/Deliver Schedule II Controlled Substance (2 Counts) and Felony Possession with Intent Manufacture/Sell/Deliver Schedule II Controlled Substance (20CR 53987) . The offense date was June 30, 2020.

According to the arrest warrant and police report, Mr. Yates sold crack cocaine and heroin to a confidential informant near a school. The transaction was video and/or audio taped by the authorities. The warrants are currently unserved.

**Violation 2 - The defendant shall not commit another federal, state or local crime.**

On July 22, 2020, the Durham Police Department in Durham, NC issued warrants for Mr. Yates' arrest for Felony Possession with Intent to Manufacture Sell/Deliver Schedule I Controlled Substance, Felony Sell/Deliver Schedule I Controlled Substance 2 Counts (20CR 53988), Felony Maintain Vehicle/Dwell/Place with a Controlled Substance and Felony Manufacture/Sell/Deliver/Possess Controlled Substance within 1000 Feet of a School (20CR 53989). The offense date was July 2, 2020.

According to the arrest warrants and police report, Mr. Yates sold heroin to a confidential informant near a school. The transaction was video and/or audio taped by the authorities. The warrants are currently unserved.

U.S. Probation Officer Recommendation:
[X]     The term of supervision should be
    [X]     revoked.
    [ ]     extended for   years, for a total term of   years.

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on     July 27, 2020

Jesse J. Reaves Jr.
U.S. Probation Officer Specialist

Approved by:

Evey B. Wooten
Supervisory U.S. Probation Officer

July 28, 2020
Date